JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES R. NETHERLY,<br>Petitioner,<br>v.<br>D. VANG, ET AL.,<br>Respondent. | No. CV 26-8578-JFW(E)<br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 11, 2026.

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE